# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIA UTLEY, | CASE NO. 2:22-cv-01966-JAM-AC |
| Plaintiff, | Hon. John A. Mendez |
| vs. | **ORDER ON JOINT STIPULATION TO TRANSFER VENUE TO COURT'S FRESNO DIVISION** |
| BIG LOTS STORES, LLC.; DOES 1 through 50, | |
| Defendants. | [Diversity Jurisdiction] |
| | Action Filed: September 27, 2022 |

The Joint Stipulation of the Parties to Transfer Venue to the Court's Fresno Division is GRANTED. The above-captioned action is hereby transferred to the United States District Court for the Eastern District of California, Fresno Division.

Dated: January 3, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE